# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 12-1394**  **September Term, 2012**

SEC-77FR43629

**Filed On: June 3, 2013** [1438941]

NetCoalition and Securities Industry and Financial Markets Association,

    Petitioners

    v.

Securities and Exchange Commission,

    Respondent

### O R D E R

Upon consideration of the stipulation for dismissal of this petition for review, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

          **FOR THE COURT:**
          Mark J. Langer, Clerk

    BY:    /s/
          Mark A. Butler
          Deputy Clerk